AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| ENERGY BRANDS INC. d/b/a GLACEAU<br>*Plaintiff*<br>v.<br>ECOSENTIALS LLC<br>*Defendant* | )<br>)<br>)  **JUDGE COTE**<br>) Civil Action No. **11 CIV 6940**<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Ecosentials LLC
    36 Biltmore Estates Dr.
    Phoenix, Arizona 85016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    David H. Bernstein, Esq.
    Debevoise & Plimpton LLP
    919 Third Avenue
    New York, New York 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
CLERK OF COURT

Date: OCT 03 2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ecosentials LLC
was received by me on *(date)* 10/4/2011 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* William D. McKay Jr. , who is
designated by law to accept service of process on behalf of *(name of organization)* Ecosentials
LLC, 36 Biltmore Estates Dr. Phx AZ on *(date)* 10/4/2011 @ or 1:52pm

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/4/2011

*Server's signature*

Christopher Turnage - Licensed Process Server
*Printed name and title*

HOT SHOT DELIVERY INC.
236 E. PIMA ST., STE. 106
PHOENIX, AZ 85004

*Server's address*

Additional information regarding attempted service, etc: