David H. Bernstein (dhbernstein@debevoise.com)
Jyotin Hamid (jhamid@debevoise.com)
Josephine D. Coakley (jdcoakley@debevoise.com)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-1031 (telephone)
(212) 909-6836 (facsimile)

*Attorneys for Plaintiff Energy Brands Inc. d/b/a Glacéau*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| ENERGY BRANDS INC. d/b/a GLACÉAU, | : | |
| | : | |
| Plaintiff, | : | |
| | : | 11 Civ. 6940 (DLC) |
| v. | : | ECF CASE |
| | : | |
| ECOSENTIALS LLC, | : | |
| | : | |
| Defendant. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CERTIFICATE OF SERVICE**

I, Josephine D. Coakley, of Debevoise & Plimpton LLP, herein certify that I am over eighteen (18) years of age and that on the 3rd day of October 2011, I caused copies of the (i) Order to Show Cause for Expedited Discovery and a Preliminary Injunction, (ii) Memorandum of Law in Support of Plaintiff's Application for a Preliminary Injunction and Expedited Discovery, (iii) Declaration of Todd Smith, with exhibits, and (iv) Statement Pursuant to Rule 7.1, to be served by electronic mail upon counsel listed below:

23520577v1

Michael J. Curley, Esq.
michael.curley@quarles.com

Adam R. Bialek, Esq.
adam.bialek@wilsonelser.com

*Counsel for Defendant Ecosentials LLC*

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed on October 5, 2011.

/s/ Josephine D. Coakley

Josephine D. Coakley

2

23520577v1