UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENERGY BRANDS INC,,

    *Plaintiff,*

-against-

ECOSENTIALS LLC

    *Defendant.*

Index No. 11 CIV 6940 (DLC)

**NOTICE OF APPEARANCE**

ECF CASE

To the Clerk of this Court and all parties of record:

PLEASE ENTER the appearance of Michael C. Lasky, Esq., of Davis & Gilbert LLP as counsel in this case for defendant Ecosentials LLC..

Dated:  October 7, 2011
       New York, New York

DAVIS & GILBERT LLP

By: s/ Michael C. Lasky, Esq.
    Michael C. Lasky
1740 Broadway
New York, NY 10019
mlasky@dglaw.com
(212) 468-4800

*Attorneys for Defendant*