UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

ENERGY BRANDS INC. d/b/a GLACÉAU,

     Plaintiff,

 v.

ECOSENTIALS LLC,

     Defendant.

11 Civ. 6940 (DLC)
ECF Case

**ECOSENTIALS LLC'S RULE 7.1 DISCLOSURE STATEMENT**

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant ECOSENTIALS LLC ("Ecosentials"), certifies the following:

  1.  Ecosentials does not have any parent corporation.

  2.  There is no publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
    October 17, 2011

                DAVIS & GILBERT LLP

                By: */s/ Neal H. Klausner*_____
                Michael C. Lasky (mlasky@dglaw.com)
                Neal H. Klausner
                (nklausner@dglaw.com)
                Shirin Keen (skeen@dglaw.com)
                1740 Broadway
                New York, New York 10019
                (212) 468-4800

                Michael James Curley
                (michael.curley@quarles.com)
                QUARLES & BRADY LLP
                1 S Church Ave., Ste 1700
                Tucson, Arizona 85701-1621
                (520) 770-8768
                (*Pro hac vice* admission to be filed)

                *Attorneys for Defendant*