```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :      10/20/2011
ENERGY BRANDS INC., d/b/a GLACÉAU,        :
                        Plaintiff,        :
                                          :      11 Civ. 6940 (DLC) (DCF)
             -v-                          :
                                          :      ORDER OF
ECOSENTIALS LLC,                          :      REFERENCE TO A
                        Defendant.        :      MAGISTRATE JUDGE
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | ___ | Habeas Corpus |
| _X_ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: |

SO ORDERED:

Dated:   New York, New York
         October 20, 2011

_____
DENISE COTE
United States District Judge