Cote, S

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

11/2/2011

---

ENERGY BRANDS INC. d/b/a GLACÉAU,

        Plaintiff,

v.

ECOSENTIALS LLC,

        Defendant.

11 Civ. 6940 (DLC)

ECF CASE

---

## STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED to by and between the undersigned counsel for the parties that:

1. Defendant's time to answer or otherwise respond to the Complaint is currently Tuesday, November 1, 2011.

2. The parties have agreed to a settlement in principle and are finalizing a settlement agreement.

3. Therefore, in order to preserve the parties' resources and to facilitate a final resolution of this matter, Defendant's time to answer or otherwise respond to the Complaint is extended from Tuesday, November 1, 2011 to Wednesday, November 16, 2011.

4. This is the Defendant's second request for an extension of the time to answer or otherwise respond to the Complaint. The previous request sought an extension by one week, from Tuesday October 25, 2011 to Tuesday, November 1, 2011, and was granted.

So ordered.

*Denise Cote*
Nov. 1, 2011

DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000

By _____
Jyotin Hamid
(jhamid@debevoise.com)

*Attorneys for Plaintiff*
*ENERGY BRANDS INC. d/b/a GLACÉAU*

DAVIS & GILBERT LLP
1740 Broadway
New York, NY 10019
(212) 468-4934

By _____
Neal H. Klausner
(nklausner@dglaw.com)
Shirin Keen
(skeen@dglaw.com)

*Attorneys for Defendant*
*ECOSENTIALS LLC*

SO ORDERED:_____