UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :       11/4/2011
ENERGY BRANDS INC., d/b/a GLACÉAU,      :
                          Plaintiff,    :       11 Civ. 6940 (DLC)
                                        :
            -v-                         :       ORDER OF
                                        :       DISCONTINUANCE
ECOSENTIALS LLC,                        :
                          Defendant.    :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

   It having been reported to this Court that this case has been settled, it is hereby

   ORDERED that the above-captioned action is hereby discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

   SO ORDERED:

Dated:    New York, New York
          November 4, 2011

                                   _____
                                              DENISE COTE
                                      United States District Judge