UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| ENERGY BRANDS INC. d/b/a GLACÉAU, : | |
| : | |
| Plaintiff, : | |
| : | 11 Civ. 6940 (DLC) |
| v. : | ECF CASE |
| : | |
| ECOSENTIALS LLC, : | |
| : | |
| Defendant. : | |
| : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Energy Brands Inc. d/b/a Glacéau hereby issues and files this Notice of Dismissal dismissing the above-entitled action with prejudice.

Dated:  New York, New York
        November 28, 2011

                                DEBEVOISE & PLIMPTON LLP
                                *Attorneys for Plaintiff*
                                919 Third Avenue
                                New York, New York  10022
                                (212) 909-6000

                            By: /s/ Jyotin Hamid
                                Jyotin Hamid
                                (jhamid@debevoise.com)

23554751v1