UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ENERGY BRANDS INC. d/b/a GLACÉAU,　　　　　:

　　　　　　　Plaintiff,　　　　　　　　　　:

　　v.　　　　　　　　　　　　　　　　　　　:　　　11 Civ. 6940 (DLC)
　　　　　　　　　　　　　　　　　　　　　　　　　ECF CASE
ECOSENTIALS LLC,　　　　　　　　　　　　　:

　　　　　　　Defendant.　　　　　　　　　　:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Energy Brands Inc. d/b/a Glacéau hereby issues and files this Notice of Dismissal dismissing the above-entitled action with prejudice.

Dated: New York, New York
　　　　November 28, 2011

　　　　　　　　　　　　　　　　　DEBEVOISE & PLIMPTON LLP
　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　919 Third Avenue
　　　　　　　　　　　　　　　　　New York, New York  10022
　　　　　　　　　　　　　　　　　(212) 909-6000

　　　　　　　　　　　　　　　　　By: /s/ Jyotin Hamid
　　　　　　　　　　　　　　　　　　　Jyotin Hamid
　　　　　　　　　　　　　　　　　　　(jhamid@debevoise.com)


　　　　　　　　　　　　　　　　　**SO ORDERED:**

　　　　　　　　　　　　　　　　　_____
23554751v1　　　　　　　　　　　　　　　　　U.S.D.J.

　　　　　　　　　　　　　　　　　12/1/11